IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03303-SKC-TPO

CODY SCHUCK,

    Plaintiff,

v.

LITTLETON AUTO REPAIR, LLC, *et al.*,

    Defendants.

## DEFAULT JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Order (ECF No. 66) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that judgment is hereby entered in favor of Plaintiff Cody Schuck and against Defendants Littleton Auto Repair, LLC; Ken Scholl; and Shannon Scholl, joint and severally, **in the total amount $38,215.80**, which includes $7,643.16 in total unpaid overtime, $7,643.16 in liquidated damages pursuant to the FLSA, and $22,929.48 in punitive damages pursuant to the CWA.  It is

FURTHER ORDERED that Plaintiff is entitled to an award of reasonable attorney's fees upon the filing of a new motion seeking fees with proper proof attached.  It is

FURTHER ORDERED that Plaintiff is awarded costs associated with these district court proceedings and that Plaintiff SHALL SUBMIT A BILL OF COSTS in accordance with D.C.COLO.LCivR 54.1 (excluding any expert witness costs).

DATED at Denver, Colorado, this 15th day of January, 2026.

                                      JEFFREY P. COLWELL
                                    Clerk of the U.S. District Court

                                    By: s/C. Pearson, Deputy Clerk